PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Chief Counsel, Region IX
Social Security Administration
PATRICK SNYDER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4858
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILLAN LUCUS KEENEY,<br><br>      Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No.: 1:21-cv-00864-AWI-BAM<br><br>STIPULATION and ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

On remand, the agency will issue a new decision. This stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g). The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant.

                            Respectfully submitted,

Dated: May 24, 2022              PHILLIP A. TALBERT
                            United States Attorney
                            PETER THOMPSON

1   Acting Regional Chief Counsel, Region IX
    Social Security Administration
2

3   By      /s/  *Patrick Snyder*
            PATRICK SNYDER
4           Special Assistant U.S. Attorney

5           Attorneys for Defendant

6   Dated: May 19, 2022

7

8   By      */s/ Jonathan Pena*
            (*as authorized via e-mail on 5/19/22)
9           JONATHAN PENA
            Attorney for Plaintiff
10

11
                            **ORDER**
12
            Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42
13
    U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for good cause shown,
14
    IT IS ORDERED that the above captioned action is remanded to the Commissioner of Social
15
    Security for further proceedings consistent with the terms of the Stipulation to Remand.
16
            The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against
17
    Defendant, vacating and reversing the final decision of the Commissioner.
18

19  IT IS SO ORDERED.

20  Dated:   July 1, 2022                _____
21                                       SENIOR  DISTRICT  JUDGE

22

23

24

25

26

27

28

                                    2